# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| United States of America<br>v.<br>JAY OSMOND GARDNER<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>) | Case No. 3:20-mj-00168-MMS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January -March, 2020__ in the county of _____ in the _____ District of __Alaska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Ct.1- 3/25/2020 -18 USC 1028(a)(2); | Fraud and related activity in connection with identification documents |
| Ct.2- 3/25/2020 -18 USC 1001; | False statements |

This criminal complaint is based on these facts:
Please see the attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Ty Bishop, Special Agent, HSI
Printed name and title

Sworn to telephonically and signed electronically.
Apr 01 2020
~~Sworn to before me and signed in my presence.~~

Date: April 1, 2020

City and state: Anchorage, Alaska

Matthew M. Scoble, United States Magistrate Judge
Printed name and title